No. 85–765.   BLACK *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 85–770.   DISTRICT COUNCIL 33, AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL–CIO, ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 85–784.   PAUTZ *v.* WISCONSIN DEPARTMENT OF INDUSTRY, LABOR AND HUMAN RELATIONS.   C. A. 7th Cir.   Certiorari denied.

No. 85–804.   LIKA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 85–5020.   DALY *v.* UNITED STATES;
No. 85–5101.   HULSEY ET AL. *v.* UNITED STATES;
No. 85–5235.   KLIR *v.* UNITED STATES; and
No. 85–5236.   ROSS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 756 F. 2d 1076.

No. 85–5155.   MCKINNEY *v.* ELLIS ET AL.   C. A. 8th Cir. Certiorari denied.

No. 85–5287.   HAISLIP *v.* KANSAS.   Sup. Ct. Kan.   Certiorari denied.

No. 85–5306.   SILAS *v.* WINANS, WARDEN.   C. A. 10th Cir. Certiorari denied.

No. 85–5313.   BURNSIDE *v.* WHITE, SUPERINTENDENT, ALGOA CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 85–5332.   HOPKINSON *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 85–5333.   TAYLOR *v.* LOUISIANA.   Ct. App. La., 3d Cir. Certiorari denied.

No. 85–5538.   ACOSTA *v.* KRACO, INC., ET AL.   Sup. Ct. Fla. Certiorari denied.

No. 85–5643.   CHATMAN *v.* ALABAMA.   Sup. Ct. Ala.   Certiorari denied.